**Order entered February 8, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00965-CR

## ZOHAIB MUHAMMAD IMRAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. WX22-90074-Q

## ORDER

Appellant's fourth motion for extension of time to file appellant's brief is **GRANTED**, and we **ORDER** appellant's brief filed on or before **MARCH 9, 2023**. If appellant's brief is not filed by March 9, 2023, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE